In the Matter of ARISLEDA DUARTE, Respondent, v CITY OF NEW YORK, Appellant.

Submitted January 7, 2013; decided January 10, 2013

Motion by Columbia Law School Prisoners and Families Clinic of Morningside Heights Legal Services for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 19 copies filed within seven days.

In the Matter of ARISLEDA DUARTE, Respondent, v CITY OF NEW YORK, Appellant.

Submitted January 7, 2013; decided January 10, 2013

Motion by Prisoners' Rights Project of the New York City Legal Aid Society for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 19 copies filed within seven days.

In the Matter of GABRIEL J. and Another, Children Alleged to be Neglected. O'NEILL H. et al., Respondents; DAINEE A., Appellant. (And Another Proceeding.)

Submitted November 13, 2012; decided January 10, 2013

Motion for leave to appeal from the October 2012 Appellate Division order dismissed upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution.